UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIVIL NO.08-13897
HON. PATRICK J. DUGGAN

UNITED STATES OF AMERICA,

Plaintiff(s),

-v-

CLIFFORD J. SMITH,

Defendant(s).

_____/

## ORDER SETTING ASIDE ORDER TO SHOW CAUSE

At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on January 15, 2009.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

The Plaintiff having filed a return on summons indicating defendant has been

served;  therefore

IT IS ORDERED that the Court's Order to Show Cause as to why this case should

not be dismissed for failure to serve defendant be and the same is hereby **SET ASIDE.**

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  January 15, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record
on January 15, 2009, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager